# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                          NO. 2021 KW 1071

VERSUS

DALESHONNE SQUARE                          **NOVEMBER 5, 2021**

---

In Re:    Daleshonne Square, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 531,730.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT